**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HEANEY, GARY T | ) | |
| | ) | CASE NO. 07-20684 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
    Kane County Courthouse
    100 S. 3rd Street, Room 140
    Geneva, IL 60134

    on: **April 30, 2009**
    at: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                         $   5,055.13

    b. Disbursements                                    $       0.00

    c. Net Cash Available for Distribution              $   5,055.13

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ 1,255.51 | $ |
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ | $ 539.57 |

| | | | |
|---|---|---|---|
| US BANKRUPTCY COURT | $ 0.00 | $ | $ 250.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $24,344.07, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $12.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 9,746.62 | $ 1,205.13 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,553.65 | $ 1,181.27 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,291.85 | $ 407.02 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 237.91 | $ 29.42 |
| 5 | eCAST Settlement Corporation assignee of | $ 1,514.04 | $ 187.21 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Checking Account - $100.00; Household Goods - $100.00; Wearing Apparel - $50.00; 2004 Toyota Carolla - $6,000.00; Computer - $100.00

    The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **April 8, 2009**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 08, 2009
Case: 07-20684                 Form ID: pdf002              Total Served: 20

The following entities were served by first class mail on Apr 10, 2009.
db           +Gary T Heaney,    1780 Cumberland Green #324,    Saint Charles, IL 60174-6100
aty          +Alvin L Catella,    801 E Main St,    St Charles, IL 60174-2297
aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11728123     +AAA Financial Services,    Box 15137,    Wilmington, DE 19850-5137
11728125     +Bank of America,    Box 15480,    Wilmington, DE 19850-5480
11728124     +Bank of America,    Box 650260,    Dallas, TX 75265-0260
11728126     +Dell Preferred Account,    Box 6403,    Carol Stream, IL 60197-6403
13488417      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
11728127    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square,    Cincinnati, OH 45263)
11728128     +First National Bank of Omaha,    Box 2951,    Omaha, NE 68103-2951
11728129     +Freedman AnselmoLindberg &Rappe LLC,    po box 3228,    Naperville, IL 60566-3228
11728130     +Freeman AnselmoLindberg & RappeLLC,    po box 3228,    Naperville, IL 60566-3228
11728132      HSBC Card Services,    po box 80084,    Salinas, CA 93912-0084
11728131     +Household Bank,    Box 17213,    Baltimore, MD 21297-1213
11728133     +Sallie Mae,    220 Lasley Lane,    Wilkes Barre PA 18706-1496
11728134     +Toyota Motor Credit,    2651 Warrenville Road Ste. 320,    Downers Grove, IL 60515-5544
13509944      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 09, 2009.
13494841      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12907067      E-mail/PDF: BNCEmails@blinellc.com Apr 09 2009 04:21:01     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**                **Signature:** _/s/ Joseph Speetjens_